UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRT MANAGEMENT LLC,  <br>　　Plaintiff  <br><br>v.  <br><br>MALDEN STORAGE LLC, PLAIN  <br>AVENUE STORAGE LLC, and BANNER  <br>DRIVE STORAGE, LLC  <br>　　Defendants  <br><br>And  <br><br>MALDEN STORAGE, LLC and PLAIN  <br>AVENUE STORAGE, LLC,  <br>　　Plaintiffs-in-Counterclaim  <br><br>BRT MANAGEMENT. LLC,  <br>　　Defendant-in-Counterclaim  <br><br>And  <br><br>BRIAN WALLACE,  <br>　　Third Party Defendant | Case No.: 1:17-cv-10005-FDS |

## MEMORANDUM IN SUPPORT OF BRT MANAGEMENT LLC'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

The Plaintiff, BRT Management, LLC ("BRT") submits the is Memorandum in Support

of Its Motion to Amend Its Complaint and Add Party Defendants in the form attached to the

Motion as Exhibit 1 and moves this Honorable Court, pursuant to Fed.R Civ.P. 15 (a)(2) and 20

(a)(2). Specifically, BRT seeks to amend it complaint to add a count for multiple violations of

the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961 – 1968 ("RICO")

against the original Defendants as well as additional Defendants.

1

As grounds for this Motion, BRT states the following:

1. The original Complaint was filed with the Court on January 3, 2017.

2. On January 25, 2017 counsel for BRT received a telephone call from John H. Brazilian, Esq., counsel to the original Defendants, during which he requested until February 28, 2017 to file an answer and counterclaim to the complaint. (See Affidavit of Counsel attached to this Memorandum as Exhibit A.)

3. During that same conversation counsel for BRT cautioned Attorney Brazilian that he intended to amend the Complaint to include a RICO count.

4. Attorney Brazilian raised no objection to that statement during that conversation.

5. Hence, the original Defendants cannot claim to be surprised by this motion.

6. Since early January 2017, BRT and its counsel have been reviewing three years of voluminous documentation on three different construction projects in order to incorporate into BRT's First Amended Complaint specific factual allegations against multiple entities related to the original Defendants and the officers and key employees of those entities sufficient to maintain the RICO count against them.

The applicable standard of review for amending a pleading prior to trial is located within Fed.R.Civ.P. 15 which provides that a party may amend its pleading prior to trial only with either the opposing party's written consent or leave of court. Leave of court should be freely given when justice so requires. _Foman v. Davis_, 371 U.S. 178, 182 (1962).

## CONCLUSION

For the above-stated reasons, the Plaintiff, BRT Management LLC, request that its motion to amend be granted.

2

Respectfully submitted,

**BRT Management LLC**
By its attorney,

/s/ John S. Davagian, II
John S. Davagian, II, Esq.
BBO# 114740
Davagian Grillo & Semple LLP
365 Boston Post Road, Ste. 200
Sudbury, MA 01776-3023
978-443-3773
jsdavagian@dgslawllp.com

Date:   April 25, 2017

## CERTIFICATE OF SERVICE

I, John S. Davagian, II, hereby certify that on April 25, 2017 a true copy of the foregoing document was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ John S. Davagian, II
John S. Davagian, II, Esq.

# Exhibit "A"

UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| BRT MANAGEMENT LLC,<br>    Plaintiff | ) ) ) ) | |
| v. | ) ) | |
| MALDEN STORAGE LLC, PLAIN<br>AVENUE STORAGE LLC, and BANNER<br>DRIVE STORAGE, LLC<br>    Defendants | ) ) ) ) ) | |
| And | ) ) | Case No.: 1:17-cv-10005-FDS |
| MALDEN STORAGE, LLC and PLAIN<br>AVENUE STORAGE, LLC,<br>    Plaintiffs-in-Counterclaim | ) ) ) ) | |
| BRT MANAGEMENT. LLC,<br>    Defendant-in-Counterclaim | ) ) ) | |
| And | ) ) | |
| BRIAN WALLACE,<br>    Third Party Defendant | ) ) ) ) | |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT**

I, John S. Davagian, II, do hereby aver as follows:

1.  I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts

and before the United States District Court of Massachusetts.

2.  I am a partner in the law firm of Davagian Grillo & Semple LLP, 365 Boston Post Road,

Suite 200, Sudbury, Massachusetts 01776.

3.  I am counsel for the Plaintiff, BRT Management LLC ("BRT"), in this action.

5

4.   I have personal knowledge of the facts contained herein and if called as a witness could competently testify thereto.

5.   As part of the way that I conduct my law practice, I make contemporaneous notes of my telephone conversations with clients, witnesses and opposing counsel for every matter that I am involved in.

6.   The attached document is a copy of the notes that I made of a telephone conversation I had with John H. Brazilian, Esq. on January 25, 2017.

Signed under the penalties of perjury this 25th day of April 25, 2017.

/s  John S. Davagian, II,
John S. Davagian, II, Esq.

6

---

*Davagian Grillo & Semple LLP*
**John Davagian**
**Phone Call Details**

*Printed by: John Davagian*

**Date:**            Jan 25/17
**Time:**            4:28 PM

**To:**              John Davagian
**From:**            John H Brazilian - (617) 367-2600 - Business
**Associated File(s):**   BRT Management v. Banner - 0251/2004

**Call Summary:**    with John and he asked for additional time to answer to the complaint and file a counterclaim. I granted
him until February 28, 2017 to do so.
We had a good discussion about the matter. This is a new client for him and they claim that BRT
simply refused to do the necessary paperwork to perform the work.
I gave him BRT's side of the story. The fact that the lender questions why he is not being paid and that
all of the major subs and suppliers were supposed to be paid out of an escrow agent. Therefore, BRT
is not taking money and using it for other purposes.
I warned him that I'm working on a RICO count but told him that I will share it with him prior to filing.
We agreed to continue to communicate.

**Duration:**        0:20:39

**Status:**          Spoke

**Outstanding:**
**Dealt With:**      Yes

---