UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRT MANAGEMENT LLC,<br>    Plaintiff<br><br>v.<br><br>MALDEN STORAGE LLC, PLAIN<br>AVENUE STORAGE LLC, and BANNER<br>DRIVE STORAGE, LLC<br>    Defendants<br><br>And<br><br>MALDEN STORAGE, LLC and PLAIN<br>AVENUE STORAGE, LLC,<br>    Plaintiffs-in-Counterclaim<br><br>BRT MANAGEMENT. LLC,<br>    Defendant-in-Counterclaim<br><br>And<br><br>BRIAN WALLACE,<br>    Third Party Defendant | Case No.: 1:17-cv-10005-FDS |

**INITIAL DISCLOSURE STATEMENTS OF BRT MANAGEMENT LLC
AND BRIAN WALLACE PURSUANT TO F.R.C.P. 26 (a)(1)**

Pursuant to Federal Rules of Civil Procedure 26(a)(1) and Local Rule 26.2(a), the Plaintiff and Defendant-in-Counterclaim, BRT Management LLC ("BRT") and Third Party Defendant, Brian Wallace ("Wallace") make the following initial disclosures:

A) Persons likely to have discoverable information:

    1) Brian J. Wallace, Manager of BRT, 6 Old Orchard W, Kingston, MA 02364; 781-336-7047. Mr. Wallace will have information about all facets of the

1

negotiation, execution and prosecution of the contracts for both the Plain Avenue Storage and Malden Storage contracts, including, but not limited to, the contract terms, communications, invoicing and payments for both projects.

2) Audrey Dreyfus, Controller for BRT, 4025 Austin Blvd., Island Park, NY 11558; 516-544-2859. Ms. Dreyfus will have detailed information about all invoicing and payments for both the Plain Avenue Storage and Malden Storage contracts, including, but not limited to, the contract terms, communications, invoicing and payments for both projects.

3) William T. Henry, upon information and belief, President of Banner Property Management, 500 Skokie Boulevard, Suite 600, Northbrook, IL 60062; 847-656-5188. Mr. Henry will have information about all facets of the negotiation, execution and prosecution of the contracts for both the Plain Avenue Storage and Malden Storage contracts, including, but not limited to, the contract terms, communications, invoicing and payments for both the Plain Avenue Storage and Malden Storage contracts.

4) Gary Delaney, former President of Banner Storage Group LLC, current address unknown; 312-545-6840. Mr. Delaney will have information about all facets of the negotiation, execution and prosecution of the contracts for both the Plain Avenue Storage and Malden Storage contracts, including, but not limited to, the contract terms and communications.

5) Lori Radcliff, upon information and belief, Accounting and Business Manager for Banner Development, Banner Self Storage and Helex Construction Group, 500 Skokie Boulevard, Suite 600, Northbrook, IL 60062; (847) 656-5177. Ms.

Radcliff has knowledge of the contract terms, communications, invoicing and payments for both the Plain Avenue Storage and Malden Storage contracts.

6) Anna Ryan, upon information and belief, Assistant Controller for Banner Property Management and Banner Apartments LLC, 500 Skokie Boulevard, Suite 600, Northbrook, IL 60062; (847) 656-5145. Ms. Ryan has knowledge of the invoicing and payments for both the Plain Avenue Storage and Malden Storage contracts.

7) Rick Henry, Senior Manager of Design and Construction of Banner Development, LLC, 500 Skokie Boulevard, Suite 600, Northbrook, IL 60062; 847-656-5110. Mr. Henry will have information about all facets of the negotiation, execution and prosecution of the contracts for both the Plain Avenue Storage and Malden Storage contracts, including, but not limited to, the contract terms and communications invoicing and payments.

8) Brian Connix, Vice President of Banner Property Management, 500 Skokie Boulevard, Suite 600, Northbrook, IL 60062; 847-656-5110. Mr. Connix will have information about all facets of the negotiation, execution and prosecution of the contracts for both the Plain Avenue Storage and Malden Storage contracts, including, but not limited to, the contract terms and communications.

9) Kent McCreedy, Chief Operating Officer of Banner Property Management, 500 Skokie Boulevard, Suite 600, Northbrook, IL 60062; telephone unknown. Mr. McCreedy will have information about all facets of the negotiation, execution and prosecution of the contracts for both the Plain Avenue Storage

and Malden Storage contracts, including, but not limited to, the contract terms and communications.

10) Nicole Blanjan, former Senior Vice President of Development for Banner Property Management, current address unknown; 847-656-5181. Ms. Blanjan will have some information about the negotiation, execution and prosecution of the contracts for both the Plain Avenue Storage and Malden Storage contracts, including, but not limited to, the contract terms and communications.

11) Obadiah Dart, Managing Partner for Newbanks, 614 Nashua Street, #215 Milford, NH 03055; 617-848-0497. Mr. Dart is a construction/property consultant for the Third Fifth Bank, an Ohio banking corporation, the lender for both the Plain Avenue Storage and Malden Storage contracts.

12) Max Caserta, Senior Associate for Newbanks, 980 Broadway, #501, Thornwood, NY 10594; 917-470-9650. Mr. Caserta is a construction/property consultant for the Third Fifth Bank, an Ohio banking corporation, the lender for the Plain Avenue Storage contract.

13) Joshua Hurd, Construction Escrow Specialist for Stewart Title Guaranty Company, 10 S. Riverside, Ste. 1450, Chicago, IL 60606; 312-857-7213. Mr. Hurd was the escrow agent hired by Fifth Third Bank to pay BRT and its suppliers and subcontractors. Mr. Hurd and has knowledge of the invoicing and payments for both the Plain Avenue Storage and Malden Storage contracts.

14) Lawrence Keller is the Principal for Geotechnical Services for Whitestone

Associates, Inc., 35 Technology Drive, Warren, NJ 07059: 908-668-7777. Mr. Keller provided geotechnical engineering services to BRT with respect to both the Plain Avenue Storage and Malden Storage contracts.

15) Joshua Gregg is the owner of JAG Engineering, 720 Monroe St. E-514, Hoboken, NJ 07030; 646-645-7105. Mr. Gregg provided engineering services to BRT with respect to both the Plain Avenue Storage and Malden Storage contracts.

16) Dinah Klamert is the owner of KOH Architecture PLLC, 45-14 251st Street, Suite 101, Little Neck, NY 11362; Ms. Klamert provided architectural services to BRT with respect to both the Plain Avenue Storage and Malden Storage contracts.

17) Frank Quigley, 10 Old Farm Road, Wilbraham, MA 10195; 413-388-0076. Mr. Quigley acted as the Project Manager for BRT on the Malden Storage Project.

18) Mark McLaughlin, 6 Old Orchard West, Kingston, MA 02364; 603-235-7327. Mr. McLaughlin acted as a foreman for BRT with respect to both the Plain Avenue Storage and Malden Storage projects.

19) Rocco Turso, 11 Oak Street, Harrison, NY 10528; 914-557-3061. Mr. Turso acted as a foreman for BRT with respect to the Plain Avenue Storage project.

20) Tammy Johnson, 8100 Burlington Pike, Second Floor, Florence, KY 41042; 859-283-6783. Ms. Johnson has knowledge of the financing for both the Plain Avenue Storage and Malden Storage projects.

21) Andrew Roberts is a former Vice President for Fifth Third Bank. His current

address and telephone number are unknown. He has knowledge of the financing and payments to BRT and its suppliers and subcontractors for both the Plain Avenue Storage and Malden Storage projects.

22) Paul Vacca is a Deputy Commissioner/Building Official for the Department of Development for the City of New Rochelle, New York, City Hall - 515 North Ave., New Rochelle, NY 10801; 914-654-2036. Mr. Vacca has knowledge of the permitting and construction of the Plain Avenue Storage project.

23) Kevin Halpin is a Lieutenant for the City of Malden, Massachusetts Fire Department, 1 Sprague Street, Malden, MA 02148; 781-397-7383. Mr. Vacca has knowledge of the permitting and construction of the Malden Storage project.

24) Joseph O'Callaghan is the Plumbing Inspector for the City of Malden, Massachusetts, 210 Pleasant Avenue, 2nd Floor, Malden, MA 02148; 781-397-7000 x2020. Mr. O'Callaghan has knowledge of the construction of the Malden Storage project.

25) Nelson Miller is the Building Commissioner for the City of Malden, Massachusetts, 210 Pleasant Avenue, 2nd Floor, Malden, MA 02148; 781-397-7000 x2027. Mr. Miller has knowledge of the permitting and construction of the Malden Storage project.

B) Relevant documents in the care, custody or control of BRT and Wallace or their counsel which can be produced to the Defendants by project are as follows:

1) Contract documents and amendments thereto.
2) Submittals.

3) Email communications authored by BRT and its employees, consultants and officers, employees or agents of the Defendants or relevant public agencies.

4) Correspondence authored by BRT and its employees, consultants and officers, employees or agents of the Defendants or relevant public agencies.

5) Certain financial information assembled or prepared by BRT that document the damages alleged in its Complaint.

C) BRT's damage claims as to each Defendant are alleged in the Complaint. The backup documentation for those claims are contained within the documents which are identified in Section B (5) above.

D) BRT and Wallace have no knowledge of any insurance coverage that would apply to the damages alleged in this case.

BRT and Wallace reserve the right to supplement or amend this statement.

Respectfully submitted,
**BRT Management LLC**
**Brain J. Wallace**
By their attorney,

/s/ John S. Davagian, II
John S. Davagian, II, Esq.
BBO# 114740
Davagian Grillo & Semple LLP
365 Boston Post Road, Ste. 200
Sudbury, MA 01776-3023
978-443-3773
jsdavagian@dgslawllp.com

Date:   October 16, 2017

## **CERTIFICATE OF SERVICE**

      I, John S. Davagian, II, hereby certify that on October 16, 2017 a true copy of the foregoing document was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                            /s/ John S. Davagian, II
                                                            John S. Davagian, II, Esq