UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
**BRT MANAGEMENT LLC,**                  )
                                        )
      **Plaintiff/**        )
      **Counterclaim Defendant,**   )
                                        )     **Civil Action No.**
      **v.**             )     **17-10005-FDS**
                                        )
**MALDEN STORAGE, LLC and PLAIN**        )
**AVENUE STORAGE, LLC,**                 )
                                        )
      **Defendants/**       )
      **Counterclaim Plaintiffs/**  )
      **Third-Party Plaintiffs,**   )
                                        )
      **and**            )
                                        )
**BRIAN WALLACE,**                       )
                                        )
      **Third-Party Defendant.**    )
_____ )

## FINAL JUDGMENT AND ORDER

Pursuant to Fed. R. Civ. P. 58, and in accordance with the Court's findings of fact and conclusions of law on September 10, 2021 (Docket No. 206); its order awarding attorneys' fees and costs on January 19, 2022 (Docket No. 227); and its memorandum and order on calculation of prejudgment interest on February 14, 2022 (Docket No. 232), it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    1.   Judgment is entered in favor of Plain Avenue Storage, LLC against BRT
          Management, LLC as to its claim for breach of contract in the amount of
          $3,966,715.14, plus prejudgment interest in the amount of $1,928,801.65, for a
          total judgment of $5,895,516.79.

2.  Judgment is entered in favor of Plain Avenue Storage, LLC against BRT Management, LLC and Brian Wallace jointly and severally as to its claims for conversion and fraud in the amount of $185,000, plus prejudgment interest in the amount of $109,388.22, for a total judgment of $294,388.22.

3.  Judgment is entered in favor of Malden Storage, LLC against BRT Management, LLC as to its claim for breach of contract in the amount of $2,913,525.63, plus prejudgment interest in the amount of $1,770,146.42, for a total judgment of $4,683,672.05.

4.  Judgment is entered in favor of Malden Storage, LLC against BRT Management, LLC and Brian Wallace jointly and severally as to its claims for conversion and fraud in the amount of $142,282, plus prejudgment interest in the amount of $84,433.65, for a total judgment of $226,715.65.

5.  Judgment is entered in favor of Malden Storage, LLC against BRT Management, LLC and Brian Wallace jointly and severally as to its claim for tortious interference with advantageous relations in the amount of $51,546.25, plus prejudgment interest in the amount of $30,588.82, for a total judgment of $82,135.07.  However, Malden Storage, LLC may not recover damages totaling more than $2,913,525.63, plus the applicable prejudgment interest, as to its combined claims for breach of contract and tortious interference with advantageous relations.

6.  Malden Storage, LLC and Plain Avenue Storage, LLC are hereby awarded attorneys' fees against BRT Management, LLC in the amount of $1,577,542.38 and costs in the amount of $120,626.23.

2

7.  Postjudgment interest shall accrue at the statutory rate on any unpaid portion of

the judgment.

ROBERT M. FARRELL
CLERK OF COURT

By:

/s/ Matthew McKillop
Dated: February 14, 2022                    Deputy Clerk