UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRT MANAGEMENT, LLC., <br><br>*Plaintiff/*<br>*Defendant in Counterclaim*<br><br>v.<br><br>MALDEN STORAGE LLC AND<br>PLAIN AVENUE STORAGE, LLC,<br><br>*Defendants/Plaintiffs in*<br>*Counterclaim and Third*<br>*Party Plaintiffs,*<br><br>And<br><br>BRIAN WALLACE,<br><br>*Third Party Defendant* | Civil Action No: 1:17-cv-10005-FDS |

## **CROSS-MOTION TO DISMISS ACTION FOR LACK OF JURISDICTION**

NOW COMES the Plaintiff, BRT Management, LLC ("BRT"), and Third-Party Defendant, Brian Wallace ("Wallace"), who hereby move that this Court dismiss the instant, above-captioned action for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. Rule 12 (b)(1) and other applicable law.

In support hereof, BRT and Wallace submit their "Objection in Opposition to Motion to Confirm Jurisdiction and Memorandum of Law in Support of Motion to Dismiss Action for Lack of Jurisdiction" ("Opposition") filed contemporaneously herewith, along with supporting exhibits, including Exhibit 1, Affidavit of Brian J. Wallace.

1

The Court's subject matter jurisdiction over this action is premised on the existence of complete diversity between the parties pursuant to 28 U.S.C. § 1332. As is further detailed in the Opposition, Defendants/ Plaintiffs-in-Counterclaim and Third-Party Plaintiffs, Malden Storage LLC ("Malden") and Plain Avenue Storage, LLC ("Plain") (together, "Defendants") have failed again to satisfy their legal burden of establishing the domicile of the parties as of the date this action was filed and have therefore failed to establish complete diversity and thus proper subject matter jurisdiction. Accordingly, this action should be dismissed.

       Respectfully submitted,
       BRT Management, LLC and Brian Wallace
       By their attorneys,

       /s/ *Peter E. Strniste*
       Peter E. Strniste, Jr., BBO# 568999
       pstrniste@grsm.com
       857-504-6111
       Cara M. Sgobba, BBO# 688323
       csgobba@grsm.com
       857-262-5087
       GORDON REES SCULLY MANSUKHANI, LLP
       28 State Street, Suite 1050
       Boston, MA 02109

Date: August 8, 2023

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 8th day of August, 2023, a copy of the foregoing document was served by this Court's CM/ECF System to all counsel of record.

*/s/ Cara Sgobba*
Cara M. Sgobba