UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRT MANAGEMENT LLC )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>MALDEN STORAGE LLC and )<br>PLAIN AVENUE STORAGE LLC )<br>        Defendants, )<br> )<br>And )<br> )<br>MALDEN STORAGE LLC and )<br>PLAIN AVENUE STORAGE LLC )<br>        Plaintiffs-in-Counterclaim )<br> )<br>BRT MANAGEMENT LLC, )<br>        Defendant-in-Counterclaim)<br> )<br>And )<br> )<br>BRIAN WALLACE, )<br>        Third-Party Defendant. ) | C.A. No. 1:17-cv-10005-FDS |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Malden Storage LLC ("Malden") and Plain Avenue Storage LLC ("Plain") move for leave to file under seal an unredacted copy of their Memorandum in Reply to the Objection in Opposition to Motion to Confirm Jurisdiction and Re-Enter Judgment, and in Opposition to Cross-Motion to Dismiss Action for Lack of Jurisdiction ("Reply Memorandum"). Counsel for BRT Management, Inc. ("BRT") and Brian Wallace ("Wallace") have assented to this Motion. In support of good cause for this request, Malden and Plain state as follows:

1. This case is on remand from the United States Court of Appeals for the First Circuit for this Court to determine whether it has subject matter jurisdiction.

2. On June 27, 2023, the Court entered a Confidentiality Agreement and Stipulated Protective Order (Document 262), which permitted the parties to designate documents produced as Confidential when they contained proprietary, trade secret, financial, confidential or sensitive information ("Confidential Information"). "Sensitive information" was defined to include "information that could, if made public, affect any Party's safety, finances, privacy, or financial, professional, academic, business or commercial opportunities."

3. Malden and Plain produced documents marked Confidential under the Confidentiality Agreement and Stipulated Protective Order on June 28, 2023 and July 18, 2023.

4. On July 19, 2023, Malden and Plain filed a Motion to Confirm Jurisdiction and Re-Enter Judgment (Document 265).  The memorandum in support of the Motion, as well as Exhibits A and B (Documents 265-1, 265-2, and 265-3) contained redactions to withhold certain sensitive and private information.  All documents redacted from Exhibits A and B were marked Confidential under the Confidentiality Agreement and Stipulated Protective Order when they were produced to opposing counsel.

5. Malden and Plain filed a Motion for Leave to file unredacted versions of their Memorandum and Exhibits A and B under seal (Document 266).  The Court allowed this Motion on July 20, 2023 (See Document 269), and Malden and Plain then filed unredacted versions of the Memorandum and Exhibits under seal.

6. On August 8, 2023, BRT and Brian Wallace filed an Assented to Motion for Leave to File Under Seal (Document 271) to permit the filing of an unredacted version of its "Objection in Opposition to Motion to Confirm Jurisdiction and Memorandum of Law in Support of Cross-Motion to Dismiss Action for Lack of Jurisdiction." The Court granted the Motion for Leave to File Under Seal on the same day. (Document 272).

7. As with the Memorandum and Exhibits filed by Malden and Plain under seal in support of their Motion to Confirm Jurisdiction (Document 265) and BRT and Wallace's Memorandum in opposition and in support of dismissal (Document 274), Malden and Plain's Reply Memorandum makes reference to documents marked "Confidential" under the Confidentiality Agreement and Stipulated Protective Order of the Parties that was entered by the Court on June 27, 2023.  (Document 262)

8. The Confidential information and documents referenced in the Reply Memorandum include sensitive business information of private companies, financial information, personal residence information, and fiduciary trust information of individuals who hold indirect interests in the relevant entities, among other documents.  The Confidential information is not publicly available and is closely guarded by the relevant entities and individuals.  The corporate documents consist of operating agreements that govern company operations and other documentation regarding members' interests.  The fiduciary trust documents are individuals' estate planning documents that describe the disposition of financial interests.  In addition, the documents in Exhibit B to Malden and plan's initial Memorandum in support of their

motion, and which are referred to in the Reply Memorandum, were obtained from outside investors who hold an indirect interest in Malden and Plain. The outside investors requested assurances that the information produced will not be made available to the public.

9. The First Circuit sealed the jurisdictional information submitted to it while the appeal was pending. *See BRT Management v. Malden Store LLC et al.*, No. 22-1389, Order entered Feb. 22, 2023 (Kayatta, J.) (granting motion to seal). The unredacted information that Malden and Plain seek to address in their Reply Memorandum under seal is significantly more detailed, personal, and commercially-sensitive than the information sealed by the First Circuit.

10. Accordingly, Malden and Plain respectfully request that the Court allow the filing of an unredacted version of the Reply Memorandum to be filed under seal to protect these legitimate privacy concerns.

11. Counsel for BRT and Wallace have assented to this Motion.

12. No party will be prejudiced by the allowance of this Motion.

WHEREFORE, Malden Storage LLC and Plain Avenue Storage LLC request permission to file under seal an unredacted version of their Memorandum in Reply to the Objection in Opposition to Motion to Confirm Jurisdiction and Re-Enter Judgment, and in Opposition to Cross-Motion to Dismiss Action for Lack of Jurisdiction.

| | |
|---|---|
| With assent to the request to file under seal, BRT Management, LLC and Brian Wallace, By their attorneys, | MALDEN STORAGE LLC and PLAIN AVENUE STORAGE LLC By their attorneys, |
| /s/ Cara M. Sgobba<br>Peter E. Strniste, Jr., BBO# 568999<br>pstrniste@grsm.com<br>857-504-6111<br>Cara M. Sgobba, BBO# 688323<br>csgobba@grsm.com<br>Tel. (857) 262-5087<br>GORDON REES SCULLY MANSUKHANI, LLP<br>28 State Street, Suite 1050<br>Boston, MA 02109 | /s/   Robert C. Shindell<br>Robert C. Shindell | BBO No. 565024<br>rshindell@bglaw.com<br>Derek M. Gillis | BBO No. 684769<br>dgillis@bglaw.com<br>BARTON GILMAN LLP<br>75 Federal Street, 9th Floor<br>Boston, MA  02110<br>T: 617.654.8200 | F: 617.482.5350 |

## **CERTIFICATE OF SERVICE**

I, Derek M. Gillis, attorney for Defendants and Plaintiffs-in-Counterclaim, Malden Storage LLC and Plain Avenue Storage LLC, hereby certify that on August 14, 2023, I served a copy of the foregoing by CM/ECF electronic mail notification to all counsel of record.

/s/ Derek M. Gillis