## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRT MANAGEMENT LLC <br>    Plaintiff, <br> <br> v. <br> <br> MALDEN STORAGE LLC and <br> PLAIN AVENUE STORAGE LLC <br>    Defendants. <br> <br> MALDEN STORAGE LLC and <br> PLAIN AVENUE STORAGE LLC <br>    Plaintiffs-in-Counterclaim, <br> v. <br> BRT MANAGEMENT LLC, <br>    Defendant-in-Counterclaim, <br> and <br> BRIAN WALLACE, <br>    Third-Party Defendant. | C.A. No. 1:17-cv-10005-FDS |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' CROSS-MOTION TO DISMISS ACTION FOR LACK OF JURISDICTION

Defendants/Counter-Plaintiffs Malden Storage LLC and Plain Avenue Storage LLC (collectively "Defendants") hereby oppose Plaintiffs' Cross-Motion to Dismiss Action for Lack of Jurisdiction (Doc. 273). In support of this Opposition, the Defendants rely on their Reply Memorandum in Support of Their Motion to Confirm Jurisdiction and Re-Enter Judgment, and In Opposition to the Cross-Motion to Dismiss Action for Lack of Jurisdiction. Because the parties are completely diverse, this Court has subject matter jurisdiction under 28 U.S.C. § 1332. Therefore, the Court should deny the Plaintiff's Plaintiffs' Cross-Motion to Dismiss Action for Lack of Jurisdiction.

        MALDEN STORAGE LLC and
PLAIN AVENUE STORAGE LLC
By their attorneys,

<u>/s/ Robert C. Shindell</u>
Robert C. Shindell | BBO No. 565024
rshindell@bglaw.com

<u>/s/ Derek M. Gillis</u>
Derek M. Gillis | BBO No. 684769
dgillis@bglaw.com
BARTON GILMAN LLP
75 Federal Street, 9th Floor
Boston, MA  02110
T: 617.654.8200 | F: 617.482.5350

## CERTIFICATE OF SERVICE

    I, Derek M. Gillis, attorney for Defendants and Plaintiffs-in-Counterclaim, Malden Storage LLC and Plain Avenue Storage LLC, hereby certify that on August 15, 2023, I served a copy of the foregoing by CM/ECF electronic mail notification to all counsel of record.

        <u>*/s/ Derek M. Gillis*</u>